[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 4, 2009
THOMAS K. KAHN
CLERK

_____

Nos. 08-11075 & 08-12485

_____

D. C. Docket No. 06-00694 CV-CAP-1

GEORGE F. PICKETT, JOHN W. BEISER, et al.,

Plaintiffs-Appellees,

versus

ATLANTIC SOUTHEAST AIRLINES, INC.,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(February 4, 2009)

Before MARCUS, ANDERSON, and CUDAHY,* Circuit Judges.

PER CURIAM:

_____
*Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit, sitting by designation.

The only issues raised on appeal by appellant were disposed of in Part V of the district court's excellent Order dated February 27, 2008, concluding that the Final Amendment did not relieve ASA of its joint and several obligation to plaintiffs. We affirm the judgment of the district court on the basis of Part V of that Order.

AFFIRMED.